AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
March 26, 2019
David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Julio Cesar Garcia Vasquez<br><br>*Defendant* | ) ) ) ) ) ) <br>Case No.  4:19mj0509 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  02/21/2019  in the county of  Harris  in the  Southern  District of  Texas , the defendant violated  8  U. S. C. §  1326(a) and (b)(1) , an offense described as follows:

a native and citizen of Mexico, and an alien who had been previously deported from the United States subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

This criminal complaint is based on these facts:

See attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

George Cortes, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: March 26, 2019

City and state:  Houston, Texas

*Judge's signature*

Frances H. Stacy
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, George Cortes, duly sworn via telephone, hereby depose and say:

(1)     That I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE, formerly known as the United States Immigration and Naturalization Service) and have been so employed since December 8, 2014. Prior to this assignment, I was a Supervisory Immigration Enforcement Agent with ICE during the time of March 2013 through December 2014. Prior to this assignment I was an Immigration Enforcement Agent with during the time of December 2008 till March 2013. My law enforcement career began on January 2008 as a Border Patrol Agent with Customs and Border Protection (CBP). I currently have over 10 years of immigration law enforcement experience.

(2)     An examination of the Immigration and Customs Enforcement file A044 107 596, relating to Julio Cesar Garcia-Vasquez, revealed the following information.

(3)     DEFENDANT is a citizen and national of Mexico.

(4)     On December 5, 1997, DEFENDANT using the name Julio Cesar Garcia, was sentenced in the 197th District Court of Cameron County, Texas, to five years of community service/probation because of his conviction for the possession of marijuana 50 lbs.

(5)     On February 5, 1999, DEFENDANT, using the name of Julio Cesar Garcia-Vasquez, was issued an Order of Removal by an Immigration Judge at Harlingen, Texas.

(6)     On February 5, 1999, DEFENDANT, using the name of Julio Cesar Garcia-Vasquez, was deported to Mexico, from Brownsville, Texas.

(7)     On December 4, 2000, DEFENDANT using the name Julio Cesar Garcia, was sentenced in the Country Criminal Court at Law 4, in Harris County, to 180 days confinement because of his conviction for assault cause bodily injury.

(8)     On April 25, 2001, DEFENDANT using the name Julio Cesar Garcia, was sentenced in the 197th District Court of Cameron County, Texas, to five years of confinement because of his probation revocation.

(9)     On May 29, 2002, DEFENDANT, using the name Julio Cesar Garcia-Vasquez had his final order of removal reinstated in Huntsville, Texas

(10)    On January 27, 2003, DEFENDANT, using the name of Julio Cesar Garcia Vasquez, was deported to Mexico, from Hidalgo, Texas.

(11)    On February 12, 2019, DEFENDANT, using the name Julio Cesar Garcia-Vasquez was encountered by Immigration and Customs Enforcement officers pursuant to an arrest in Houston, Texas.

(12)    On March 18, 2019, DEFENDANT using the name Julio Cesar Garcia, was sentenced in the 337th District Court of Harris County, Texas, to five years of deferred adjudication because of his conviction for assault fam/household mem w/prev conv.

(13) On March 26, 2019, I reviewed available database information, including the Person Centric Query Service (PCQS). I found no indication that Julio Cesar Garcia Vasquez has ever applied for permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(14) According to the Integrated Automated Fingerprint Identification System ("IAFIS"), Defendant is the same individual as the person referred to in this affidavit as having been previously deported.

(15) Based upon the foregoing information and my training and experience, there is probable cause to believe that Julio Cesar Garcia Vasquez, is in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

(16) On March 26, 2019, I contacted the U.S. Attorney's Office for the Southern District of Texas, Houston Division (713-567-9000), concerning this case. On or about that day, AUSA Adam Goldman accepted this case for prosecution for violation of 8 U.S.C. § 1326(a) and (b)(1).

George Cortes, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically on 26 day of March 2019, and I find probable cause.

Hon. Frances H. Stacy
United States Magistrate Judge